JOSEPH P. MANNING V. W. J. CONNELL ET AL.

FILED SEPTEMBER 22, 1897.    No. 7407.

Review: SUFFICIENCY OF EVIDENCE. Evidence examined, and *held* to sustain the judgment of the district court.

ERROR from the district court of Douglas county. Tried below before FERGUSON, J. *Affirmed.*

*D. Van Etten,* for plaintiff in error.

*Connell & Ives, contra.*

RAGAN, C.

This is an error proceeding to review a decree in equity of the district court of Douglas county.

The only question presented by the record is the sufficiency of the evidence to sustain the decree. After a patient and somewhat protracted examination of this evidence we have no doubt that the decree rendered is the

one that should have been rendered under the evidence and it is accordingly

AFFIRMED.

HARRISON, J., not sitting.